United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| STACY ALBEA, Plaintiff, | § | CIVIL ACTION NUMBER 4:25-cv-04921 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| RESORT LIFESTYLE COMMUNITIES, INC, Defendant. | § | |

# ORDER

The joint discovery and case management plan has been reviewed. Dkt 13.

The initial conference set for February 12, 2026, is CANCELLED. Dkt 3.

A further status conference may be requested upon reasonable explanation by any party.

SO ORDERED.

Signed on February 13, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge