United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-04921 |
|---|---|---|---|
| Stacy Albea | | | |
| *versus* | | | |
| Resort Lifestyle Communities, Inc. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephen Joseph Stephens III<br>Dinsmore & Shohl LLP<br>255 East Fifth Street, Suite 1900<br>Cincinnati, OH 45202<br>P: 513-832-5452 E: joseph.stephens@dinsmore.com<br>OH#: 0093883 KY#: 97088 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Resort Lifestyle Communities, Inc. |

Has applicant been sanctioned by any bar association or court? Yes ______ No __✔__

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 2/4/2026 | Signed: [signature] |

| | |
|---|---|
| The state bar reports that the applicant's status is: Active | |
| Dated: 3/5/2026 | Clerk's signature [signature] |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: March 16, 2026

[signature]
United States District Judge